```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
GERREL SAUNDERS,

                Plaintiff,

-against-

SHEIN DISTRIBUTION CORP., A DELAWARE CORPORATION; SHEIN US SERVICES, LLC, A DELAWARE LIMITED COMPANY, AND ROADGET BUSINESS PTE. LTD., A SINGAPORE COMPANY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/10/2025_

25 Civ. 5539 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 3, 2025, Plaintiff commenced this action against Defendants Shein Distribution Corp. ("Shein Distribution"), Shein US Services, LLC ("Shein US"), and Roadget Business Pte. LTD. ("Roadget"), alleging copyright infringement and seeking damages and injunctive relief. *See generally* Compl. at 1, ¶¶ 36–68, ECF No. 1. Shein Distribution's and Shein US's answers were due by September 9, 2025, ECF Nos. 17–18, and Roadget's answer is due on October 9, 2025. By pre-motion letter filed on September 8, 2025, Defendants advised the Court that they intend to move to transfer proceedings to the U.S. District Court for the Central District of California, ECF No. 22, and requested a stay of proceedings pending resolution of Defendants' anticipated motion to transfer, *id.* at 5. Accordingly:

1. By **October 1, 2025**, Defendants shall file their motion to transfer
2. By **October 15, 2025**, Plaintiff shall respond
3. By **October 22, 2025**, Defendants shall file their reply, if any.

    The deadline for Shein Distribution and Shein US to answer the complaint is ADJOURNED to **October 9, 2025**.

    SO ORDERED.

Dated: September 10, 2025
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge