**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

SAUNDERS,

     Plaintiff,

v.

SHEIN DIST. CORP. *et al.*,

     Defendants.

Case No. 1:25-cv-05539

**DEFENDANTS' NOTICE OF MOTION TO
TRANSFER VENUE FOR CONVENIENCE AND MOTION FOR STAY**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants Shein Distribution Corporation, Shein US Services, LLC, and Roadget Business Pte. Ltd. (collectively, "***Defendants***") will and hereby does move to transfer venue pursuant to 28 U.S.C. § 1404(a) and for a temporary stay pending adjudication of the motion to transfer. The briefing schedule for this motion has already been set by the Court. ECF No. 24.

This motion is brought on the grounds that for the convenience of the parties and in the interest of justice, this civil action should be transferred from this Court to the United States District Court for the Central District of California, which is the district which this action could have been brought, and toward which all factors regarding transfer weigh.

Defendants gave Plaintiff advance notice of the forthcoming motion and submitted their pre-motion letter in early September. ECF No. 22. Even so, Counsel for Defendants confirmed, even after filing the pre-motion letter, Plaintiff's position on the motions and counsel for the plaintiff indicated that the plaintiff would oppose it.

1

This motion to transfer venue is based on this notice of motion, the attached supporting memorandum, the accompanying proposed Order, on the pleadings and other papers on file in this action, and on such other evidence or argument as may be heard at the hearing in this matter.

**Date:** October 1, 2025

**Respectfully submitted by,**
*/s/ Deana Stein*
Deana S. Stein (DS5047)
**BENESCH, FRIEDLANDER,**
 **COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Email: dstein@beneschlaw.com
Tel: 216.363.6170

*Counsel for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 1, 2025, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the Southern District of New York by using the CM/ECF system.

/s/ *Deana S. Stein*

Deana S. Stein

*Counsel for Defendants*