**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SAUNDERS,<br><br>     Plaintiff,<br><br>v.<br><br>SHEIN DIST. CORP. *et al.*,<br><br>     Defendants. | Case No. 1:25-cv-05539 |

**[PROPOSED] ORDER**

Having considered Defendants' Motion to Transfer Venue for Convenience and Motion for Stay, and all papers in support and opposition thereto, it is **HEREBY ORDERED** that:

1. Defendants' Motion to Transfer Venue for Convenience (ECF No. ___) is **GRANTED**.

2. The Clerk of Court is directed to transfer this case to the Central District of California under 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

This ____ day of _____, 2025        _____

                                            ANALISA TORRES

                                            United States District Judge