UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2025
```

GERREL SAUNDERS,

                Plaintiff,

-against-

SHEIN DISTRIBUTION CORP., A DELAWARE CORPORATION, SHEIN US SERVICES, LLC, A DELAWARE LIMITED COMPANY, AND ROADGET BUSINESS PTE. LTD., A SINGAPORE LIMITED COMPANY,

                Defendants.

25 Civ. 5539 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendants' motion to transfer venue and for a temporary stay. *See* ECF No. 25. The Court hereby STAYS all deadlines in this matter pending adjudication of Defendants' motion to transfer venue.

    SO ORDERED.

Dated: October 3, 2025
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge